503 A.2d 929

**COMMONWEALTH of Pennsylvania**

v.

**Walter DIXON, Petitioner.**

Supreme Court of Pennsylvania.

Jan. 14, 1986.

Petition for Allowance of Appeal GRANTED, No. 8 E.D. Appeal Docket 1986.